AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ANTONIO LEWIS VENABLE**
DOB: xx/xx/75
PDID: xxx-xxx

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **NOVEMBER 19, 2005** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition which had been shipped and transported in interstate and foreign commerce, that is a loaded Keltec 9mm handgun and did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

in violation of Title **18 & 21** United States Code, Section(s) **922(g) and 841(a)(1)**.

I further state that I am **OFFICER MARK HARRISON**, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant
**OFFICER MARK HARRISON**
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

_____   at   _____**Washington, D.C.**_____
**Date**                                                           **City and State**

_____        _____
**Name & Title of Judicial Officer**                  **Signature of Judicial Officer**