## **STATEMENT OF FACTS**

On Saturday, November 19, 2005, at about 5:30 p.m., sworn officers with the Metropolitan Police Department's Seventh District were on patrol in the 3800 block of 9th Street, S.E. Washington, D.C. when they observed the defendant, Antonio Venable, reaching into and emptying his pocket as he walked away from officers. As the undersigned officer apprehended Venable, he told other officers on the scene to search the areas where the defendant had emptied his pockets. Officers recovered a loaded Keltec 9mm model P-11 handgun and a package wrapped with clear plastic containing 8 grams of a white rock substance. The defendant was placed under arrest and a search incident to arrest was conducted. Officers recovered a ziplock containing 3 grams of a white rock substance and 6 more ziplocks containing a white rock substance from the defendant's right rear pants pocket. The white rock substance field tested positive for cocaine. In the officer's experience, the amount and packaging of the crack cocaine indicate that it was intended for distribution rather than for personal use.

In the course of preparing the statement of facts in support of this complaint, the undersigned officer reviewed computerized records of defendant's criminal history. These records showed that defendant previously has been convicted of a crime punishable by imprisonment for a term exceeding one year. The undersigned officer initialed the page of the records that showed this conviction so that he could recognize it again in the future. To the best of this officer's knowledge, neither the weapon taken from defendant nor the ammunition in it was manufactured in the District of Columbia.

_____
OFFICER MARK HARRISON
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF NOVEMBER 2005.

_____
U.S. MAGISTRATE JUDGE